# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| ERIC VILLEGAS | Case Number:8:08-cr-303-T-24TBM<br>USM Number: 13571-007 |
| | Bryant Camareno, Retained<br>Defendant's Attorney |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge numbers __One, Two, Three, Four, Five, Six, Seven, Eight and Nine__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Criminal Conduct, Possession of Cocaine occurring on July 1, 2008, while on supervision, in violation of Condition Two of Supervision. | July 1, 2008 |
| 2. | New Criminal Conduct, Possession of an Open Container on July 1, 2008, while on supervision, in violation of Condition Two of Supervision. | July 1, 2008 |
| 3. | New Criminal Conduct, DUI on October 16, 2008, while on supervision, in violation of Condition Two of Supervision. | October 16, 2008 |
| 4. | New Criminal Conduct, Driving While License Suspended/Revoked on December 23, 2008, while on supervision, in violation of Condition Two of Supervision. | December 23, 2008 |
| 5. | Failure to Notify Probation Officer within 72 hours of Contact with Law Enforcement, while on supervision, In Violation of Condition Thirteen of Supervision. | December 23, 2008 |
| 6. | Failure to Submit a Written Monthly Report, for the month of December, due no later that 01/05/09, while on supervision, in violation of Condition Four of Supervision. | January 5, 2009 |

| | | |
|---|---|---|
| 7. | New Criminal Conduct, DUI on January 15, 2009, while on supervision, in violation of Condition Two of Supervision. | January 15, 2009 |
| 8. | New Criminal Conduct, Driving While License Suspended/Revoked on January 15, 2009, while on supervision, in violation of Condition Two of Supervision. | January 15, 2009 |
| 9. | Failure to Notify Probation Officer within 72 hours of Contact with Law Enforcement, while on supervision, In Violation of Condition Thirteen of Supervision. | January 15, 2009 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 3 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 16, 2009  
Date of Imposition of Judgment

*signature*  
SUSAN C. BUCKLEW  
UNITED STATES DISTRICT JUDGE

April 16, 2009  
Date

DEFENDANT: ERIC VILLEGAS
CASE NUMBER: 8:08-CR-303-T-24TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *TWELVE (12) Months and ONE (1) Day.*

__X__ The Court makes the following recommendations to the Bureau of Prisons:
**Defendant to participate in and received drug and alcohol treatment and rehabilitation while incarcerated.**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of *FORTY SEVEN (47) Months.*

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release

| | |
|---|---|
| x | The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services. |
| x | The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services. |
| x | The defendant shall be prohibited from consuming alcohol while on supervision. |